**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 17 MM 2023 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PRESTON WAYNE WALTERS, | : | |
| | : | |
| Petitioner | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 4th day of May, 2023, the Motion for Appointment of Counsel and the "Motion to Exceed Word, Document Limit" are DENIED. Petitioner is allotted 15 days in which to file a perfected Petition for Allowance of Appeal. No extensions will be granted absent exceptional circumstances.